FILED
AUG 9 - 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 10-0141 (RMU) |
| GUILLERMO MONDINO, | : |
| Defendant. | : |

## ORDER

This matter comes before the court on the Report and Recommendation of Magistrate Judge Facciola recommending that the trial court accept the defendant's plea of guilty. Based on a plea hearing conducted by Judge Facciola on June 23, 2010, and in accordance with the requirements of Federal Rule of Criminal Procedure 11, Judge Facciola found that the plea of guilty was knowingly and voluntarily made by the defendant, who was competent and fully understood the nature and the consequences of entering such a plea. Having reviewed the Report and Recommendation and Judge Facciola's findings, it is this 9th day of August, 2010, hereby

**ORDERED** that Judge Facciola's Report and Recommendation is adopted in full; and it is

**FURTHER ORDERED** that the defendant's plea of guilty is accepted.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge